UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANTHONY HOVANKY AND
NIGEL JACKSON,

    Plaintiffs,

v.                                      Civil Action No. 3:20-cv-00586-JAG

REALPAGE, INC.,

    Defendant.

## JOINT MOTION FOR ENTRY OF CONSENT ORDER AND TO DISMISS CASE

Defendant and Plaintiffs, by and through their undersigned counsel (collectively, the "Parties"), jointly move this Court to the enter the proposed Consent Order, submitted herewith as **Exhibit A**, and which was negotiated in accordance with the Parties' Confidential Settlement Agreement and Release, dated March 15, 2022.

Following the Court's entry of the Consent Order, in accordance with Federal Rule of Civil Procedure 41, the Parties further request that the Court **DISMISS THIS ACTION WITH PREJUDICE**, with each party to pay its own attorney's fees and costs.

Dated: May 19, 2022                **REALPAGE, INC.**

                                              By: /s/ Timothy J. St. George
                                              Timothy J. St. George (VSB No. 77349)
                                              TROUTMAN PEPPER HAMILTON SANDERS LLP
                                              1001 Haxall Point
                                              Richmond, Virginia 23219
                                              Telephone: (804) 697-1254
                                              Facsimile: (804) 698-6013
                                              Email: timothy.st.george@troutman.com

                                              *Counsel for Defendant*

| | |
|---|---|
| Dated: May 19, 2022 | **ANTHONY HOVANKY and NIGEL JACKSON** |
| | By:  /s/   Leonard A. Bennett<br>Leonard A. Bennett (VSB No. 37523)<br>CONSUMER LITIGATION ASSOCIATES, P.C.<br>763 J. Clyde Morris Blvd., Suite 1-A<br>Newport News, VA 23601<br>(757) 930-3660 – Telephone<br>(757) 930-3662 – Fax<br>Email: lenbennett@clalegal.com<br>*Counsel for Plaintiffs* |