IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANTHONY HOVANKY &
NIGEL JACKSON,
      Plaintiffs,

v.                                           Civil Case No. 3:20cv586

REALPAGE, INC.,
      Defendant.

## FINAL ORDER

On May 19, 2022, the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 39.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case. The Court retains jurisdiction to enforce the parties' consent order. (ECF No. 41.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 23 May 2022
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge